The judgment below is affirmed with costs.

R. *Crawford*, for the appellants.

D. C. *Chipman* and T. L. *Smith*, for the State.

THE STATE v. SMITH.

APPEAL from the *Grant* Court of Common Pleas. *Thursday, January 22, 1857.*

*Per Curiam.*—The judgment in this case is affirmed for the reasons given in *The State* v. *Atkinson*, at the present term, the questions arising in the record of each case being similar (1). ‾

J. *Brownlee*, for the State.

(1) *Ante*, 409.

SHAW v. SMITH, Guardian.

A return to a writ of *habeas corpus* setting up a will as the written authority for the restraint, but containing no copy of the will, is bad on exception.

This Court will not go beyond the statute to hold the court whose peculiar duty it is to guard the interests of minors to a strict regularity in summary proceedings.

APPEAL from the *Marion* Court of Common Pleas. *Thursday, January 22, 1857.*

STUART, J.—*Habeas corpus* to obtain the possession of an infant.